No. 04M16.   CARTER *v.* UNITED STATES.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–2377.   IN RE DISBARMENT OF VINYARD.   Disbarment entered.   [For earlier order herein, see 542 U. S. 956.]

No. D–2385.   IN RE DISCIPLINE OF MASON.   Reynold N. Mason, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2386.   IN RE DISCIPLINE OF MCGOWAN.   Edward Michael McGowan, of Maspeth, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 03–287.   WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. *v.* DOTSON ET AL. C. A. 6th Cir.   [Certiorari granted, 541 U. S. 935.]   Motion of respondents for divided argument granted.

No. 03–1164.   VENEMAN, SECRETARY OF AGRICULTURE, ET AL. *v.* LIVESTOCK MARKETING ASSN. ET AL.; and
No. 03–1165.   NEBRASKA CATTLEMEN, INC., ET AL. *v.* LIVESTOCK MARKETING ASSN. ET AL.   C. A. 8th Cir.   [Certiorari granted, 541 U. S. 1062.]   Motion of the Acting Solicitor General for divided argument granted.

No. 03–1454.   ASHCROFT, ATTORNEY GENERAL, ET AL. *v.* RAICH ET AL.   C. A. 9th Cir.   [Certiorari granted, 542 U. S. 936.] Motion of Drug Watch International for leave to file a brief as *amicus curiae* denied.